UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 16-37265 |
| MEGAN JOHNSON | Chapter: 13 |
| | Honorable Jacqueline Cox |
| Debtor(s) | |

**ORDER ON DEBTOR'S MOTION TO INCUR DEBT AND TO SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $15,000.00, with financing of up to 19.99% interest, with monthly payments of up to $360.00 per month for a 2016 Chevrolet Malibu or similar vehicle.

2. The Debtor is granted leave to have this motion heard on shortened notice.

Enter:

*/s/ Jacqueline P. Cox*
United States Bankruptcy Judge

Dated: MAY - 7 2018

**Prepared by:**
Jason Cotey
IARDC#6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20130103_bko